IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| IN THE MATTER OF THE SEARCH OF: | CASE NOS.: |
|---|---|
| 4600 Blue Rock Court,<br>Toledo, Ohio 43615; and | 3:22mj5183 |
| 2019 navy-blue Dodge Ram truck,<br>bearing Ohio registration JTG 7877,<br>VIN: 1C6SRFFT1KN622848. | 3:22mj5184 |

**AFFIDAVIT IN SUPPORT OF AN
APPLICATION UNDER RULE 41 FOR A
WARRANT TO SEARCH AND SEIZE**

I, James A. Sutphin, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a police officer with the Toledo Police Department (TPD) and have been since 2012. Since September 2018, I have been assigned as a Task Force Officer (TFO) to the FBI's Violent Crime and/or Safe Streets Task Force and am also attached to the Toledo Metro Drug Task Force. Prior to my current assignment, I was assigned to the Toledo Police Gang Task Force. I have participated in investigations which led to the arrest and conviction of narcotics dealers and other violent criminals. As a TFO, I am authorized by law to investigate and make arrests for violations of federal law under both Title 18 and Title 21 of the United States Code.

2. I make this affidavit in support of an application under Fed. R. Crim. P. 41 for a warrant to search premises known as **4600 Blue Rock Court, Toledo, Ohio** and a **2019 navy-blue Dodge Ram truck bearing Ohio registration JTG 7877, VIN: 1C6SRFFT1KN622848**, each further described in Attachment A, for things described in Attachment B.

1

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. Your affiant is aware through training and experience that Anthony PORTER, Jr. is identified as an active member of the Beehive Crip street gang. The Beehive Crip street gang have been a historically violent street gang in Toledo, Ohio and members have been convicted of a multitude of violent crimes to include murder.

5. Your affiant is aware through training and experience that drug traffickers often maintain multiple vehicles to further their drug trafficking enterprise and further avoid detection by law enforcement. Large-scale drug traffickers will also change vehicles often to disguise themselves from rival drug traffickers and/or rival street gang members who may want to harm them or rob them, either for financial gain or street notoriety.

6. Your affiant is aware through training and experience, this investigation, and interviews conducted with a confidential source (CS) that Anthony PORTER, Jr. is a mobile drug trafficker. Mobile drug traffickers typically use vehicles to conduct their drug sales as described in the above paragraph.

7. Your affiant is aware through training and experience that drug traffickers use multiple cellular telephones to operate their drug trafficking business. Drug traffickers are aware that cellular telephones can be difficult for law enforcement to investigate. Through training and experience, your affiant is aware that drug traffickers will often use a name other than their own

to obtain a cellular account, further thwarting their detection by law enforcement.

8. Your affiant is aware through training and experience that drug traffickers will often store or "stash" drugs and guns at their place of residence. Because of this drug traffickers will conduct their drug sales away from the place where they live in order to conceal their whereabouts from rival drug traffickers, street gangs, and police informants. By doing this, it enables them to further avoid detection by law enforcement.

9. Throughout this investigation, your affiant used information from a reliable CS. The CS has been cooperating with the FBI and Toledo Metro Drug Task Force since June 2021. The CS is cooperating with law enforcement for judicial leniency and has given credible information that has been verified as reliable by your affiant and the aforementioned agencies. The information that CS has provided has resulted in significant seizures of cocaine, fentanyl and firearms. The CS has engaged in numerous controlled purchases of illegal narcotics while working with the FBI and Toledo Metro Drug Task Force. To my knowledge, information provided by the CS has never proven to be false. The CS's criminal history includes arrests and convictions for drug trafficking, drug possession, tampering with evidence and cultivation of marijuana.

10. The CS has made numerous controlled buys on behalf of law enforcement. Each controlled buy detailed herein was recorded (audio and/or video), monitored and surveilled by members of the FBI Safe Streets Task Force and the Toledo Metro Drug Task Force. Prior to the controlled buy a recorded telephone call was placed. The CS and any vehicle the CS may have used during the buy were then checked for contraband, in which none was found. The CS was furnished a recorder/transmitter and money for the controlled purchase of narcotics.

11. On July 29, 2021, the CS made a controlled purchase of fentanyl from PORTER, Jr.  At approximately 12:00 p.m., the CS placed a recorded telephone call in which PORTER, Jr. answered.  During the call, the CS advised that he/she wanted a quantity of fentanyl and PORTER, Jr. agreed to supply same and directed the CS to the area of Palmetto Street in Toledo, Ohio.  At approximately 12:41 p.m., in another recorded telephone call, PORTER, Jr. advised the CS that he was "grabbing it now" and it would be another 10 minutes.  At approximately 1:12 p.m., PORTER, Jr. called the CS back and advised he was on Palmetto. At that time, TPD Sgt. Carey observed a white Chrysler Pacifica bearing North Carolina registration HKE8169 (registered to EAN Holdings LLC) in front of 1312 Palmetto Avenue.   Upon arriving to the location, the CS called PORTER, Jr. who advised he was in the white van. The CS was observed meeting with PORTER, Jr. to conduct the controlled purchase of fentanyl.   At approximately 1:39 p.m., the CS returned to your affiant and provided a clear bag containing suspected fentanyl.   The substance purchased on this date was later tested by the Toledo Police Forensic Laboratory and found to contain a detectable amount of fentanyl.

12. On August 12, 2021, the CS made a controlled purchase of fentanyl from PORTER, Jr.   At approximately 1:20 p.m., the CS placed a recorded telephone call in which PORTER, Jr. answered.   During the call, the CS advised that he/she wanted a quantity of fentanyl and PORTER, Jr. agreed to supply same and directed the CS to a location to meet him.   The CS was ultimately redirected to 1312 Palmetto Avenue in Toledo, Ohio to complete the purchase. The CS was observed arriving at the location at approximately 2:18 p.m. and meeting with PORTER, Jr.   At approximately 2:23 p.m., the CS left the location and returned directly to your affiant and provided the suspected fentanyl. The substance purchased on this date was later

4

tested by the Toledo Police Forensic Laboratory and found to contain a detectable amount of fentanyl.

13. On January 19, 2022, the CS made a controlled purchase of fentanyl from PORTER, Jr. At approximately 12:50 p.m., the CS placed a recorded telephone call in which PORTER, Jr. answered. During the call, the CS advised that he/she wanted a quantity of fentanyl and PORTER, Jr. agreed to supply same and directed the CS to a location to meet him and said he had to "go grab it." At approximately 1:32 p.m., surveillance identified a dark gray Dodge Ram truck bearing Ohio registration JNY 6129 arrive at the agreed upon meet location. The CS was observed meeting with and entering the Dodge Ram truck. At approximately 1:38 p.m., the CS exited the vehicle, left the location and returned directly to your affiant and provided a clear bag containing suspected fentanyl. The CS advised PORTER, Jr. was the operator and sole occupant of the vehicle. A check of records from the Bureau of Motor Vehicles (BMV) identified Anthony PORTER, Jr. as the owner of the Dodge Ram truck. The substance purchased on this date was later tested by the Toledo Police Forensic Laboratory and found to contain a detectable amount of fentanyl.

14. On February 7, 2022, the CS made a controlled purchase of fentanyl from PORTER, Jr. At approximately 12:35 p.m., the CS placed a recorded telephone call in which PORTER, Jr. answered. During the call, the CS advised that he/she wanted a quantity of fentanyl and PORTER, Jr. agreed to the sale and directed the CS to a location to meet him. At approximately 1:31 p.m., surveillance identified PORTER, Jr.'s gray Dodge Ram truck bearing Ohio registration JNY 6129 arrive at the agreed upon meet location. The CS was observed meeting with PORTER, Jr.. At approximately 1:38 p.m., the CS left the location and returned

directly to your affiant and provided a clear bag containing suspected fentanyl. The CS advised PORTER, Jr. was the operator and sole occupant of the vehicle. The substance purchased on this date was later tested by the Toledo Police Forensic Laboratory and found to contain a detectable amount of fentanyl.

15. On February 25, 2022, the CS made a controlled purchase of fentanyl from PORTER, Jr. At approximately 2:24 p.m., the CS placed a recorded telephone call in which PORTER, Jr. answered. During the call, the CS advised that he/she wanted a quantity of fentanyl and PORTER, Jr. agreed to the sale and directed the CS to a location to meet him. PORTER, Jr. advised the CS that he had to go get it. At approximately 2:52 p.m., the CS was observed arriving at the agreed upon meet location. At 2:57 p.m., surveillance identified PORTER's gray Dodge Ram truck bearing Ohio registration JNY 6129 arrive at the same location. The CS was observed meeting with the occupant of the vehicle. After a short time, the CS left the location and returned directly to your affiant and provided a clear bag containing suspected fentanyl. The CS advised PORTER, Jr. was the operator and sole occupant of the vehicle. The substance purchased on this date was later tested by the Toledo Police Forensic Laboratory and found to contain a detectable amount of fentanyl.

16. On March 10, 2022, the CS made a controlled purchase of fentanyl from PORTER, Jr. At approximately 1:24 p.m., the CS placed a recorded telephone call in which PORTER, Jr. answered. During the call, the CS advised that he/she wanted a quantity of fentanyl and PORTER, Jr. agreed to the sale and directed the CS to a location to meet him. At approximately 1:47 p.m., the CS was observed arriving at the meet location. At approximately 1:52 p.m., the CS met with PORTER, Jr. and left the location shortly, thereafter, returning directly to your affiant

and providing the suspected fentanyl. The CS advised that he/she obtained the suspected fentanyl from PORTER, Jr. but indicated that there was another unknown black male in the vehicle with PORTER, Jr. at the time of the transaction. The substance purchased on this date was later tested by the Toledo Police Forensic Laboratory and found to contain a detectable amount of a fentanyl analogue.

17. On March 11, 2022, the CS made a controlled purchase of fentanyl from PORTER, Jr. At approximately 1:19 p.m., the CS placed a recorded telephone call in which PORTER, Jr. answered. During the call, the CS advised that he/she wanted a quantity of fentanyl and PORTER, Jr. agreed to the sale and directed the CS to a location to meet him. At approximately 1:45 p.m., the CS was observed arriving at the agreed upon meet location. At approximately 2:05 p.m., surveillance identified PORTER, Jr. arrive at the meet location driving his gray Dodge Ram truck bearing Ohio registration JNY 6129. The CS was observed meeting with PORTER, Jr. and left the location shortly, thereafter, returning directly to your affiant and providing a clear bag containing suspected fentanyl. The CS advised that he/she obtained the suspected fentanyl from PORTER, Jr. but indicated that there was another unknown black male in the vehicle with PORTER, Jr. at the time of the transaction. The substance purchased on this date was later tested by the Toledo Police Forensic Laboratory and found to contain a detectable amount of a fentanyl analogue.

18. On March 22, 2022, the CS made a controlled purchase of fentanyl from PORTER, Jr. At approximately 1:22 p.m., the CS placed a recorded telephone call in which PORTER, Jr. answered. During the call, the CS advised that he/she wanted a quantity of fentanyl and PORTER, Jr. agreed to the sale and directed the CS to a location to meet him. At

approximately 1:39 p.m., the CS was observed arriving at the agreed upon meet location. Prior to PORTER, Jr.'s arrival at the meet location, at approximately 1:48 p.m., surveillance identified the gray Dodge Ram truck bearing Ohio registration JNY 6129 at the intersection of Airport Highway and Byrne Road in Toledo, Ohio, driving eastbound. At approximately 1:55 p.m., surveillance identified PORTER, Jr. arrive at the meet location in his gray Dodge Ram truck. At that time, PORTER re-directed the CS to another location. At approximately 1:57 p.m., the CS met with PORTER, Jr. and left the location shortly, thereafter, returning directly to your affiant and providing a clear bag containing suspected fentanyl. The CS advised PORTER, Jr. was the operator of the vehicle and provided him/her with the suspected fentanyl. Following the controlled buy, officers on surveillance of PORTER, Jr. followed him back to **4600 Blue Rock Court in Toledo, Ohio** where he was observed exiting the vehicle and entering the door of the location. The substance purchased on this date was later tested by the Toledo Police Forensic Laboratory and found to contain a detectable amount of fentanyl.

19. On March 24, 2022, the undersigned was conducting surveillance in the early morning hours and at approximately 5:30 a.m. PORTER, Jr.'s gray Dodge Ram truck bearing Ohio registration JNY 6129 backed in to **4600 Blue Rock Court in Toledo, Ohio.** It should be noted that from this date forward to the date of this affidavit, your affiant has observed all vehicles that PORTER, Jr. has been observed driving during the investigation parked at **4600 Blue Rock Court, Toledo, Ohio**, including in the early morning hours when individuals would typically be asleep.

20. On April 6, 2022, the CS made a controlled purchase of fentanyl from a distributor for PORTER, Jr. At approximately 1:07 p.m., the CS placed a recorded telephone call to

8

PORTER, Jr. in order to arrange the purchase of a quantity of fentanyl. A male who identified himself as "Quick" answered the telephone and advised PORTER, Jr. currently had two kinds of fentanyl for sale. "Quick" further advised the CS that he was then walking into PORTER, Jr.'s house and that he would put PORTER, Jr. on the telephone. At that time, PORTER, Jr. could be heard on the telephone advising the CS the cost of each kind of fentanyl. PORTER, Jr. advised the CS that "Quick" was his brother and to give him 20 minutes before he could meet. At the time of the telephone call, TPD Det. Donovan was conducting surveillance of the area of **4600 Blue Rock Court, Toledo, Ohio**, and identified a gray Chrysler 300 enter into the area. TPD Sgt. Carey identified the car in the driveway of **4600 Blue Rock Court, Toledo, Ohio** bearing Ohio registration JKC 2148. According to the BMV, Ohio JKC 2148 is registered to Anthony PORTER, Jr. At approximately 1:31 p.m., the CS called PORTER, Jr. back in which "Quick" again answered. At that time, "Quick" directed the CS to Palmetto Street in Toledo, Ohio. The CS was observed arriving at the agreed upon meet location. At 1:41 p.m., surveillance identified the gray Chrysler 300 bearing Ohio registration JKC 2148 leaving **4600 Blue Rock Court** and go to the Circle K store at the corner of Airport Highway and Byrne Road. "Quick" was surveilled going into and exiting the store and then surveilled driving directly to the meet location without any other stops along the way. During the controlled buy, "Quick" could be heard advising the CS that PORTER, Jr. is involved in "a little war" and that is the reason he was not delivering the drugs himself on this date. The CS returned directly to your affiant and provided a substance containing suspected fentanyl. The substance purchased on this date was later tested by the Toledo Police Forensic Laboratory and found to contain a detectable amount of fentanyl.

21. On April 20, 2022, the CS made a controlled purchase of fentanyl from PORTER, Jr. At approximately 1:50 p.m., the CS placed a recorded telephone call in which PORTER, Jr. answered. During the call, the CS advised that he/she wanted a quantity of fentanyl and PORTER, Jr. agreed to the sale and advised the CS that he had crack cocaine for sale and gave the prices for the sale of that substance as well. PORTER, Jr. advised the CS that he did not have the amount of fentanyl the CS asked for on him but would go and get it. At approximately 2:09 p.m., PORTER, Jr. called the CS and directed him/her to the store at the corner of Airport Highway and South Avenue in Toledo, Ohio. At approximately 2:19 p.m., TPD Sgt. Carey identified the gray Chrysler 300 bearing Ohio registration JKC 2148 backing into the driveway of **4600 Blue Rock Court, Toledo, Ohio**. At approximately 2:28 p.m., PORTER, Jr. was observed leaving **4600 Blue Rock Court** in the Chrysler 300 and was surveilled driving directly to meet with the CS. Shortly after that meeting, the CS left the area and returned directly to your affiant and provided a clear bag containing suspected fentanyl. The CS advised PORTER, Jr. was the operator of the vehicle and provided him with the suspected fentanyl but indicated that there was another unknown black male in the vehicle with PORTER, Jr. at the time of the transaction. The substance purchased on this date was later tested by the Toledo Police Forensic Laboratory and found to contain a detectable amount of fentanyl.

22. On May 5, 2022, the CS made a controlled purchase of fentanyl from PORTER, Jr. At approximately 1:46 p.m., the CS placed a recorded telephone call in which PORTER, Jr. answered. During the call, the CS advised that he/she wanted a quantity of fentanyl and PORTER, Jr. agreed to the sale and advised he had to go get the narcotics. At approximately 2:09 p.m., PORTER, Jr. called the CS and directed him/her to the store at the corner of Airport

Highway and South Avenue in Toledo, Ohio.   The CS was surveilled driving to that location and, at approximately 2:10 p.m., TPD Det. Heban identified the gray Chrysler 300 bearing Ohio registration JKC 2148 arriving at the same location. The CS was observed meeting with the vehicle and leaving shortly thereafter, returning directly to your affiant and providing two clear bags containing suspected fentanyl. The CS advised that PORTER, Jr. was the only person in the vehicle at the time of the sale. Following the controlled buy, officers on surveillance of PORTER, Jr. followed him back to **4600 Blue Rock Court, Toledo, Ohio**.   The substance purchased on this date was later tested by the Toledo Police Forensic Laboratory with both bags found to contain detectable amounts of fentanyl.

23. On May 16, 2022, TPD Sgt. Carey was conducting surveillance on **4600 Blue Rock Court in Toledo, Ohio** and observed a **navy-blue Dodge Ram truck** in the driveway of the residence. On this date, TPD Sgt. Carey identified PORTER, Jr. exit the residence, get into the driver's seat of the vehicle and leave the area.   Following that surveillance, your affiant identified the license plate on the vehicle to be Ohio registration JTG 7877.   Upon a check of the BMV it was found that the plate is registered to Anthony PORTER, Jr.

24. On May 17, 2022, the CS made a controlled purchase of suspected fentanyl from PORTER, Jr.   At approximately 2:24 p.m., the CS placed a recorded telephone call in which PORTER, Jr. answered.   During the call, the CS advised that he/she wanted a quantity of fentanyl and PORTER, Jr. agreed to the sale and advised the CS that he had the narcotics on him and directed the CS to 336 Rockingham Street in Toledo, Ohio.   Prior to the CS arriving at the meet location, TPD Det. Heban identified a navy-blue Dodge Ram truck matching the description of PORTER, Jr.'s vehicle at the location.   At approximately 2:49 p.m., the CS was

11

observed arriving to the meet location and could be heard meeting with PORTER, Jr. After the meeting, the CS left the area, returned directly to your affiant and provided two clear bags containing suspected fentanyl. The CS advised that PORTER, Jr. was outside of the meet location with another male and provided the suspected fentanyl to the CS. The two bags provided by PORTER, Jr. to the CS were field-tested and returned a presumptive positive result for the presence of fentanyl.   As of the date of this affidavit, the results of the Toledo Police Forensic Laboratory drug analysis are still pending.

25. In your affiant's training and experience and examining the totality of the circumstances throughout the investigation, your affiant believes that although the **2019 navy-blue Dodge Ram truck bearing Ohio registration JTG 7877** has only recently been identified in this investigation, PORTER, Jr. is using the vehicle to transport and sell drugs. Notably, PORTER, Jr. has used other vehicles in almost every single controlled buy dating back to July 2021.

26. According to a check of the Lucas County Clerk of Court on-line records search, Anthony PORTER, Jr. has the following convictions in Lucas County, Ohio:

- Possession of Cocaine (F5) and Attempt to Commit Illegal Conveyance of Drugs (F4) in Case No.CR-2013-02220;
- Carrying Concealed Weapon (F4) in Case No. CR-2013-02271; and
- Attempted Trafficking in Cocaine (F2) in Case No. CR-2016-02247.

## CONCLUSION

27. Based on the foregoing, I submit there is probable cause to believe that Anthony PORTER, Jr.is involved in the distribution of illegal narcotics in the Toledo, Ohio area. I further believe that within the following locations: **4600 Blue Rock Court in Toledo, Ohio**; and **2019 navy-blue Dodge Ram truck bearing Ohio registration JTG 7877, VIN:**

**1C6SRFFT1KN622848**, there is evidence and/or fruits and instrumentalities of the crimes of:

Possession with Intent to Distribute Narcotics, in violation of Title 21, United States Code, Section 841(a)(1), and Narcotics Conspiracy, in violation of Title 21, United States Code, Section 846, described in Attachment B.

Respectfully submitted,

_____
Det. James A. Sutphin
Task Force Officer, Federal Bureau of Investigation
Toledo, Ohio

Sworn to via telephone on this 31st day of May 2022
after submission by reliable electronic means.
Fed.R.Crim.P. 4.1 and 41(d)(3).

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE